RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
JOHN C. SHIRTS, IDAHO STATE BAR NO. 9295
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

U.S. COURTS
APR 14 2021
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW RAY YOUNG,<br><br>Defendant. | Case No. CR 21-098-E BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2253 |
|---|---|

The Grand Jury charges:

### COUNT ONE

**Coercion and Enticement of a Minor**
**18 U.S.C. § 2422(b)**

On or between January 1, 2020, and December 17, 2020, in the District of Idaho, the defendant, ANDREW RAY YOUNG, did knowingly and intentionally use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which

INDICTMENT - 1

any person could be charged with an offense, including the criminal offense of Sexual Abuse of a Child Under the Age of 16 Years, a violation of Idaho Code § 18-1506(1), in violation of Title 18, United States Code, Section 2422(b).

## CRIMINAL FORFEITURE ALLEGATION(S)
### Sexual Exploitation / Abuse of Children Forfeiture
### 18 U.S.C. § 2253

Upon conviction of the offenses alleged in Count One of this Indictment/Information, the defendant, ANDREW RAY YOUNG, shall forfeit to the United States his interest in (1) any visual depiction described in Title 18, United States Code, Sections 2251 and 2252, et. seq., and any matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the foregoing offense(s), including property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    a. A Motorola cellular phone, Model E6

2. <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>. The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense (if facilitation is alleged), but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

3. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant"

up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 13th day of April, 2021.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

JOHN C. SHIRTS
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 3