# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Andrew Ray Young** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| CR 21-098 -EBLW | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Kristopher R. Knight | INTERPRETER: No |
| Telephone No.: (208) 390-2589 | If YES, language: |
| AGENCY: Bureau of Immigration & Customs Enforcement (ICE) | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | **Bonneville** |
| Class A Misdemeanor: | | Estimated Trial Time: | **4 days** |
| Class B or C Misdemeanor: (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 2422(b) | ONE | Coercion and Enticement of a Minor | From 10 years to life term of imprisonment and/or $250,000 fine; 5 years to life term of supervised release; $5,100 Special Assessment |
| 18 U.S.C. § 2253 | | Sexual Exploitation / Abuse of Children Forfeiture | |

Date: 13 April 2021    Assistant U.S. Attorney: JOHN C. SHIRTS
Telephone No.: (208) 478-4166

U.S. COURTS

APR 14 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO