# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW RAY YOUNG,<br><br>Defendant. | 21-CR-98-BLW-SWS<br><br>VERDICT FORM |
|---|---|

We, the Jury in the above-entitled matter, unanimously find as follows:

**QUESTION #1.** As to the crime of coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b), as charged in Count I of the indictment, we unanimously find beyond a reasonable doubt that the defendant, Andrew Ray Young, is:

_____ **NOT GUILTY**         \_\_\_X\_\_\_ **GUILTY**

**QUESTION #2.** As to the crime of sexual exploitation of a minor, in violation of 18 U.S.C. § 2251(a), as charged in Count II of the indictment, we unanimously find beyond a reasonable doubt that the defendant, Andrew Ray Young, is:

_____ **NOT GUILTY**         \_\_\_X\_\_\_ **GUILTY**

**QUESTION #3.** As to the crime of receipt of child pornography, in violation of

18 U.S.C. § 2252A(a)(2), as charged in Count III of the indictment, we unanimously find beyond a reasonable doubt that the defendant, Andrew Ray Young, is:

_____ **NOT GUILTY**         \_\_\_\_X\_\_\_\_ **GUILTY**

- *If you find the defendant "Not Guilty" in Question #3, please proceed to Question #4.*
- *If you find the defendant "Guilty" in Question #3, please do not proceed to Question #4. Instead, please sign and date this Verdict Form, and then inform the bailiff the Jury has reached its decision.*

**QUESTION #4.** As to the crime of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), as charged in Count IV of the indictment, we unanimously find beyond a reasonable doubt that the defendant, Andrew Ray Young, is:

_____ **NOT GUILTY**         _____ **GUILTY**

*Please have the Presiding Juror sign and date this Verdict Form, and then inform the bailiff that the Jury has reached its decision.*

DATE: \_\_\_June 23_____, 2022.