RICHARD A. HEARN (ISB No. 5574)
HEARN LAW, PLC
151 N. 3rd Ave., Ste. 100
P.O. Box 70
Pocatello, ID 83204
Telephone: (208) 904-0004
Facsimile: (208) 904-1816
Email: hearn@hearnlawyers.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW YOUNG,<br><br>        Defendant. | Case No.: 4:21-cr-00098-BLW<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF IDAHO   )
                 :ss.
County of Bannock )

I, RICHARD A. HEARN, being first duly sworn, depose upon oath and state:

1. I am the attorney for Mr. Young, and the following information is true and correct to the best of my knowledge and belief.

2. Attached hereto as Exhibit A is a true and correct copy of the United States Probation Officer Jessie Thompson-Kelley's ACEs scoring letter dated August 24, 2022.

Further your Affiant sayeth naught.

AFFIDAVIT OF COUNSEL – Page 1

DATED this 9th day of September, 2022.

                                        /s/ Richard A. Hearn
                                        RICHARD A. HEARN

SUBSCRIBED AND SWORN before me this 9th day of September, 2022.

                                        /s/ Leona Jackson
[seal]                                Notary Public for the State of Idaho
                                        Residing at: American Falls
                                        My Commission Expires: 02-27-2024

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of September, 2022, I served the foregoing electronically via email at the address(es) listed below:

John Christopher Shirts
john.shirts@usdoj.gov

                                           /s/ Richard A. Hearn
                                           RICHARD A. HEARN
                                           Counsel for Defendant

# EXHIBIT A



**PROBATION AND PRETRIAL SERVICES OFFICE**
**DISTRICT OF IDAHO**

David C. Congdon
Chief United States Probation Officer
www.idp.uscourts.gov
801 East Sherman Street, Room 143
Pocatello, Idaho 83201
Phone (208) 478-4150
Fax (208) 478-4153

Augusts 24, 2022

Dr. Richard Hearn
Hearn Law PLC
151 N. 3rd Ave., Suite 100
Pocatello, ID 83201

**ACEs Scoring**
**RE: YOUNG, Andrew**

Dear Dr. Hearn:

Pursuant to your request, I completed an Adverse Childhood Experiences or ACEs scoring and analysis regarding Mr. Andrew Young. Please feel free to use this information as you see fit in your sentencing memorandum.

In 1995 and 1997, the Center for Disease Control and Kaiser conducted a study regarding the impact of Adverse Childhood Experiences (ACEs) during the first 18 years of life and their long-range impacts into adulthood. Researchers define ACEs as potential traumatic events which occur prior to age 18 and include violence, abuse, or growing up in a family with mental health or substance use disorders.  ACEs can impact brain development, affect how the body responds to stress, and are linked to chronic health problems, mental illness, and substance use disorders in adulthood (Centers for Disease Control and Prevention-CDC, and https://acestoohigh.com). Subsequent ACEs research for the last 20 years in over 48 states and the District of Columbia validated the original studies with consistent results.

An ACEs survey consists of 10 questions with a "yes" or "no" response. Each "yes" response yields 1 point. ACEs scores range from 0 to 10. Of the population tested, 15.2 percent of women and 9.2 percent of men had ACEs of 4 or more. ACEs of 4 or more significantly increase the likelihood of chronic illnesses or diseases (heart and lung disease, stroke, cancer, COPD, diabetes, etc.), suicide, depression or other forms of mental illness, violence or being the victim of violence, addiction, unemployment, and socio-economic issues. People with ACEs scores of 6 or higher are at risk of a lifespan shortened by 20 years.



The defendant participated in an ACEs survey with defense counsel which resulted in a score of 6. According to ACEs research, male participants with an ACEs score of 4 or more, when compared with others who had an ACEs score of 0, were 11 percent more likely to become an alcoholic, 30 percent more likely to suffer from chronic depression, 15 percent more likely to have a serious problem working, 20 percent more likely to have serious financial problems, 5.6 percent more likely to have heart disease, and 4.1 percent more likely to have a stroke. Almost 13 percent of Americans have a score equal to or higher than 4, and his score of 6 indicates he is at increased risk of a shortened lifespan (https:stopabusecampaign.org).

Respectfully,


Jessie Thompson-Kelley
United States Probation Officer